UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jaylen Stafford, et al.,                        Case No. 3:25-cv-1456

       Plaintiffs,

v.                                          ORDER

Sukhjinder Singh, et al.,

       Defendants.

Plaintiffs filed a Complaint in this case on July 11, 2025. (Doc. No. 1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than ninety days have elapsed since the filing of the Complaint, and there is no indication on the docket that Plaintiffs have perfected service on any Defendant in this action.

By December 5, 2025, Plaintiffs shall either show service has been perfected on each Defendant or show cause for the failure to do so. If Plaintiffs fail to do so with respect to any Defendant, Plaintiffs' claims against that Defendant will be dismissed without prejudice under Rule 4(m).

So Ordered.

                                                         s/ Jeffrey J. Helmick
                                                         United States District Judge